UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RUMLEY MOORE,

    Plaintiff,

  v.

DEUTSCHE BANK NATIONAL, and
TROTT & TROTT, P.C,

    Defendants.

_____/

CIVIL ACTION NO. 07-11114

HON. PAUL D. BORMAN

## **ORDER ADOPTING THE REPORT AND RECOMMENDATION**

The Court having reviewed the Magistrate Judge's Report and Recommendation as well as any objections thereto filed by the parties, and being fully advised, now therefore;

**IT IS ORDERED** that the Court affirms the Magistrate Judge's Report and Recommendation.

**IT IS FURTHER ORDERED** that defendants' motion to dismiss is **GRANTED** and the case **DISMISSED.**

            s/Paul D. Borman
            PAUL D. BORMAN
            UNITED STATES DISTRICT JUDGE

Dated: October 19, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on October 19, 2007.

            s/Denise Goodine
            Case Manager